UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>R. J. RACKLEY, Warden,<br><br>        Respondent.<br>                                         / | No. C 12-5191 SI (pr)<br><br>**ORDER OF TRANSFER** |

Christopher Smith, an inmate at the Deuel Vocational Institute in Tracy, California, has filed a petition for writ of habeas corpus to challenge a disciplinary decision issued when he was incarcerated at the California Correctional Center in Susanville, California. Tracy is in San Joaquin County and Susanville is in Lassen County; both of those counties are within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging the execution of a sentence – such as a prison disciplinary decision that results in a loss of time credits – is preferably heard in the district of confinement. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the petitioner is confined in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: October 12, 2012

                                                            SUSAN ILLSTON<br>
                                                      United States District Judge